UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON PLASTERERS AND CEMENT MASONS LOCAL 534 ANNUITY FUND, PENSION AND HEALTH AND WELFARE FUND<br><br>    Plaintiffs<br><br>V.<br><br>C.W. HILL CONCRETE FLOORS, LLC<br><br>    Defendant | C.A. NO 04CV10952-RGS |

## ANSWER OF DEFENDANT C.W. HILL CONCRETE FLOORS, LLC

NOW COMES the defendant, C.W. Hill Concrete Floors, LLC ("Defendant"), by and through its attorneys, Forman, Corcoran, Torr, Grodt, & Gerrin, P.A. and answers the Complaint of Plaintiff Trustees of Boston Plasterers and Cement Masons Local 534 Annuity Fund, Pension Fund, and Health and Welfare Fund ("Plaintiff") as follows:

1. This paragraph of the complaint sets forth the nature of the action, the relief requested and conclusions of law and, therefore, no response is required.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Two.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Three.

4.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Four.

5.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Five.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Six.

7.    Defendant admits to being a Limited Liability Corporation incorporated and existing under the law of the State of New Hampshire and denies having a place of business in Manchester, NH.

8.    To the extent Paragraph Eight asserts conclusions of law, no response is required. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Eight.

9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Nine.

10.    To the extent that Paragraph Ten asserts conclusions of law, no response is required. Defendant denies being a party to a collective bargaining agreement with the Plaintiff at all times material herein.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Eleven.

12.,    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Twelve.

13.    The Defendant denies being a successor company to C&S Concrete Floors, denies operating out of the same location as C&S Concrete Floors, denies

operating with the same principal as C&S Concrete Floors, and denies operating with the same supervision as C&S Concrete Floors.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph Fourteen.

15. To the extent that paragraph Fifteen asserts conclusions of law, no response is required. Defendant denies that any employees of Defendant were covered by any collective bargaining agreement associated with the Plaintiff.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to allege facts sufficient to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Defendant is not a party to a collective bargaining agreement with the Plaintiff.

### PRAYER FOR RELIEF

WHEREFORE, having fully answered the allegations in the complaint, defendant C.W. Hill Concrete Floors, LLC hereby requests judgment:

a. Dismissing with prejudice the complaint in its entirety against C.W. Hill Concrete Floors, LLC;

b. Declaring that C.W. Hill Concrete Floors, LLC is not obligated to the Plaintiffs for any delinquent contributions in any amounts of money or damages in connection with the underlying claim referred to in the Complaint;

c. Awarding defendant C.W. Hill Concrete Floors, LLC its costs, expenses, and reasonable attorney fees in this action pursuant to 29 U.S.C. Section 1132(g)(1) et seq.; and

d. Awarding defendant C.W. Hill Concrete Floors, LLC such further relief as this Court deems just and proper.

Respectfully Submitted,

C.W. HILL CONCRETE FLOORS, LLC,

By and through its attorneys,

Forman, Corcoran, Torr, Grodt, & Gerrin, P.A.

Dated: July 7, 2004

By: _____

Thomas P. Grodt, Esq., BBO # 634918
Forman, Corcoran, Torr, Grodt, & Gerrin, P.A.
75 Gilcrest Rd.
PO BOX 1330
Londonderry, NH 03053-1330
(603)434-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing has been forwarded, by first class mail postage prepaid, to Aaron D. Krakow, at Krakow, Souris, & Birmingham 225 Friend Street, Boston, MA 02114 on , July 7, 2004, .

_____
Thomas P. Grodt, BBO # 634918