UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT )
MASONS LOCAL 534 ANNUITY FUND, et al.,                )
                                                                                          )
    Plaintiffs                                                               )
                                                                                          ) C. A. NO.  04-10952-RGS
v.                                                                                     )
                                                                                          )
C.W. HILL CONCRETE FLOORS, LLC                        )
                                                                                          )
    Defendant                                                             )
                                                                                          )

LOCAL RULE 16.1(D) JOINT STATEMENT

In accordance with Local Rule 16.1(D), the parties propose the following pretrial schedule:

1. Discovery shall be completed by January 4, 2005.

2. Dispositive motions by February 15, 2005.

| | |
|---|---|
| Thomas Grodt, Esq. | Aaron D. Krakow, Esq. |
| Foreman, Corcoran & Torr | BBO #556343 |
| 74 Gilcreast Road | Krakow & Souris, LLC |
| P.O. Box 1330 | 225 Friend Street |
| Londonderry, NH  03053-1330 | Boston, MA 02114 |
| 603-434-9500 | 617-723-8440 |

Thomas Grodt /s/_____    Aaron D. Krakow /s/_____

Attorney for defendant                     Attorney for plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT )
MASONS LOCAL 534 ANNUITY FUND, et al.,        )
                                              )
    Plaintiffs                              )
                                              ) C. A. NO.  04-10952-RGS
v.                                            )
                                              )
C.W. HILL CONCRETE FLOORS, LLC                )
                                              )
    Defendant                               )
_____        )

PLAINTIFFS' RULE 16.1(D)(3) CERTIFICATION

    In accordance with Local Rule 16.1(D)(3), the undersigned plaintiffs have conferred with counsel:

(a)  with a view to establishing a budget for the costs of conducting the full course - and various alternate courses - of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in LR 16.4

Dated:                              Respectfully submitted,


                                    Harry Brousaides /s/_____
                                    Harry Brousaides, Administrator
                                    Cement Masons Local No. 534 Funds


                                    Aaron D. Krakow /s/_____

Aaron D. Krakow BBO #544424

KRAKOW & SOURIS, LLC

225 Friend Street

Boston, MA 02114 (617) 723-8440

### CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be served this day by first class U.S. mail to all counsel of record.

Aaron D. Krakow /s/

Aaron D. Krakow