UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT )
MASONS LOCAL 534 ANNUITY FUND, et al., )
    Plaintiffs )
) C. A. NO. 04-10952-RGS
v. )
)
C.W. HILL CONCRETE FLOORS, LLC )
 Defendant )
                                )

STIPULATION OF DISMISSAL

      The parties stipulate pursuant to Rule 41(a)(1)(ii) to the dismissal of this action, with prejudice and without costs.

Date: September 22, 2005

| Thomas Grodt, Esq. | Aaron D. Krakow, Esq. |
|---|---|
| Foreman, Corcoran & Torr | BBO #556343 |
| 74 Gilcreast Road | Krakow & Souris, LLC |
| P.O. Box 1330 | 225 Friend Street |
| Londonderry, NH  03053-1330 | Boston, MA 02114 |
| 603-434-9500 | 617-723-8440 |
| | |
| /s/ Thomas Grodt | /s/ Aaron D. Krakow |
| Attorney for defendant | Attorney for plaintiffs |